James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

**SUPERIOR COURT OF CALIFORNIA**
**IN AND FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| Jamie CHAVEZ, | Case No.: C-13-02504 (SC) |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | |
| Defendant. | |

 Following settlement of this matter, Plaintiff Jamie CHAVEZ and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

 IT IS SO STIPULATED.

Dated:  November 18, 2013      BOLT · KEENLEY - ATTORNEYS AT LAW

                By:  /s/_____
                  James P. Keenley
                  Attorneys for Plaintiff

Dated:                      Linda M. Lawson
                               Jason A. James
                               MESERVE, MUMPER & HUGHES LLP

                              By: /s/
                                   Linda M. Lawson
                                   Attorneys for Defendant
                                   THE PRUDENTIAL INSURANCE
                                   COMPANY OF AMERICA

## [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS

Having reviewed the submission of the Parties and, good cause showing, the Court hereby GRANTS the Stipulation to Dismiss with Prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: 11/18/2013                          Hon. Samuel Conti
                                                   United States District Judge