James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

**SUPERIOR COURT OF CALIFORNIA**
**IN AND FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| Jamie CHAVEZ, | Case No.: C-13-02504 (SC) |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | |
| Defendant. | |

Following settlement of this matter, Plaintiff Jamie CHAVEZ and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated:  November 18, 2013                                   BOLT · KEENLEY - ATTORNEYS AT LAW

By: /s/
James P. Keenley
Attorneys for Plaintiff

CASE NO.                                    1                     STIPULATION TO DISMISS WITH PREJUDICE

| | |
|---|---|
| Dated: | Linda M. Lawson<br>Jason A. James<br>MESERVE, MUMPER & HUGHES LLP |
| | By: /s/<br>    Linda M. Lawson<br>    Attorneys for Defendant<br>    THE PRUDENTIAL INSURANCE<br>    COMPANY OF AMERICA |

### [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS

Having reviewed the submission of the Parties and, good cause showing, the Court hereby GRANTS the Stipulation to Dismiss with Prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: 11/18/2013

Hon. Samuel Conti
United States District Judge

CASE NO.                                         2                          STIPULATION TO DISMISS WITH PREJUDICE